## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16 B 18132 |
| Paris J Jackson, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF MOTION

To:     Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, STE 3850, Chicago, IL 60603;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

See attached Service List.

PLEASE TAKE NOTICE that on May 20, 2019, at 9:00 A.M., in Courtroom 680 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, I shall appear before the HONORABLE Judge Cox or before any judge sitting in her place and stead, and shall then and there present the attached Motion at which place and time you may appear if you see fit.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the creditors listed above and the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 14, 2019.

/s/ *Steve Miljus*
Attorney for Debtor
The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

Label Matrix for local noticing
0752-1
Case 16-18132
Northern District of Illinois
Eastern Division
Tue May 14 14:12:04 CDT 2019

US Department of Education c/o Neinet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1911

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMR EAGLE BK
556 RANDALL ROAD
SOUTH ELGIN, IL 60177-3315

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

American Eagle Bk
556 Randall Rd
South Elgin, IL 60177-3315

CREDIT COLL
Po Box 9136
Needham Heights, MA 02494-9136

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS, NV 89193-8875

City Of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL 60604-3517

City of Chicago Parking
121 N. LaSalle St # 107A
Chicago, IL 60602-1232

GM Financial
PO 183834
Arlington, TX 76096-3834

I C SYSTEM
Po Box 64378
Saint Paul, MN 55164-0378

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MCSI INC
PO BOX 327
PALOS HEIGHTS, IL 60463-0327

Navient
1002 ARTHUR DR
LYNN HAVEN, FL 32444-1683

PEOPLES ENGY
200 EAST RANDOLPH
CHICAGO, IL 60601-6302

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD STE 1
NORFOLK, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SECOND ROUND LP
4150 FRIEDRICH LANE SUIT
AUSTIN, TX 78744-1052

(p)VERMONT STUDENT ASSISTANCE CORPORATION
10 EAST ALLEN STREET
PO BOX 999
WINOOSKI VT 05404-0999

Paris J Jackson
10153 S Winston Ave
Chicago, IL 60643-1356

Patrick Semrad
The Semrad Law Firm, LLC
20 S. Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Steve Miljus
The Semrad Law Firm, LLC
20 S Clark, 28th
Chicago, IL 60603

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services Inc
dba GM Financial
P O Box 183853
Arlington, TX 76096

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK (USA) N.A.
POB 41067
Norfolk, VA 23541

VSAC FEDERAL LOANS
10 E ALLEN ST
WINOOSKI, VT 05404


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)I C SYSTEM INC
PO BOX 64378
SAINT PAUL, MN 55164-0378

(d)US Department of Education c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1911

End of Label Matrix
Mailable recipients    25
Bypassed recipients     2
Total                  27

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                      )
                                            )        CASE NO. 16 B 18132
Paris J Jackson,                            )        HON. Jacqueline P. Cox
                                            )        CHAPTER 13
                                            )
                                            )
DEBTOR.                                     )

**MOTION TO AUTHORIZE SALE OF PROPERTY**

Paris J Jackson, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order allowing the Debtor to proceed in a short sale of property. Debtor states the following:

1.    On May 31, 2016, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2.    On July 18, 2016, this Honorable Court confirmed Debtor's Chapter 13 Plan of reorganization.

3.    Debtor entered into an agreement to sell the property located at 10153 S Winston Ave, Chicago, IL 60643.

4.    The contract sale price of the property is $93,000.00. Please see Exhibit A.

5.    Debtor respectfully requests this Honorable Court enter an Order authorizing Debtor's sale of the property located at 10153 S Winston Ave, Chicago, IL 60643.

WHEREFORE, Paris J Jackson, Debtor, respectfully requests this Honorable Court to enter an Order authorizing the short sale of the property located at 10153 S Winston Ave, Chicago, IL 60643.

Respectfully Submitted,

*/s/ Steve Miljus*
Attorney for the Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625